UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00511-WYD-KLM

LILLIE MAE JEFFERSON, et al.,

    Plaintiffs,

v.

CLINTON KILLIAN, et al.,

    Defendants.

**ORDER AFFIRMING AND ADOPTING
RECOMMENDATION FOR DISMISSAL**

THIS MATTER is before the Court on the Recommendation for Dismissal by Magistrate Judge Hegarty filed July 19, 2007. Magistrate Judge Hegarty recommends therein that this case be dismissed based on Plaintiffs' failure to comply with Court Orders.

Specifically, the Recommendation notes that Plaintiffs were ordered on June 11, 2007, to file an amended complaint that corrected deficiencies found in the original complaint. (Recommendation for Dismissal, at 1-2.) Plaintiffs failed to do so, despite being cautioned that their failure to file an amended complaint would result in a recommendation that the case be dismissed without further notice. (*Id.* at 2.) The Recommendation also noted that the Court received notice that Plaintiffs have filed the exact same lawsuit in five different United States District Courts. (*Id.*) Accordingly, Magistrate Judge Hegarty recommends that this case be dismissed without prejudice.

No objections were filed to the Recommendation, despite notice that such objections were required to obtain reconsideration of the Recommendation.  (*Id.*) While Plaintiff Lillie Mae Jefferson filed a document entitled "Notice of Objection to the Proposed Findings and Recommendations Contained in Proposed Order and Request for Extension of Time to Obtain Legal Councsel [sic]", the document did not actually posit any objections to the Recommendation.  Instead, Plaintiff Jefferson simply requested that the court grant an extension of time for legal counsel to be obtained by the Mount Zion Spiritual Temple, Inc., National Body.  No reason was stated in the document as to why counsel needed to be obtained or what type of objection might be asserted as to the Recommendation.  Plaintiff Jefferson's request for an extension of time to obtain counsel was denied by Minute Order of September 27, 2007, and no other objections have been filed to the Recommendation by any Plaintiff.

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. I agree with Magistrate Judge Hegarty that the case should be dismissed without prejudice due to the Plaintiffs' failure to comply with Court Orders. Accordingly, it is

ORDERED that the Recommendation for Dismissal (filed July 19, 2007) is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge